## Ronald Alex STEVENSON, Petitioner–Appellant,

v.

## Jack PALMER; Attorney General for the State of Nevada, Respondents–Appellees.

No. 09–15629.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 11, 2011.

Filed Jan. 19, 2011.

Paul G. Turner, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Ronald Alex Stevenson, Lovelock, NV, pro se.

Robert E. Wieland, Esquire, Senior Deputy Attorney General, AGNV–Office of the Nevada Attorney General, Reno, NV, for Respondents–Appellees.

Before: SCHROEDER, RAWLINSON, and BEA, Circuit Judges.

MEMORANDUM *

Petitioner Ronald Stevenson (Stevenson) appeals the district court's dismissal of his petition for habeas corpus, pursuant to 28 U.S.C. § 2254. Stevenson asserts that the district court erred by failing to grant a stay and abeyance so as to allow him to fully exhaust his available remedies in the state courts.

A district court must issue a stay and allow abeyance of a partially exhausted petition if the petitioner demonstrates: (1) there was good cause for the failure to exhaust his claims in state court; (2) the "unexhausted claims are potentially meritorious;" and (3) the petitioner has not "engaged in intentionally dilatory litigation tactics." *Rhines v. Weber*, 544 U.S. 269, 278, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005). Stevenson failed to demonstrate good cause because he created the condition that led to his failure to exhaust his

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

claims in state court. *See Wooten v. Kirkland,* 540 F.3d 1019, 1024 (9th Cir.2008) (eschewing a "broad interpretation of 'good cause' ").

We decline to reach Stevenson's uncertified claim because he failed to make "a substantial showing of the denial of a constitutional right" to warrant a certificate of appealability. *Rhoades v. Henry,* 598 F.3d 511, 518 (9th Cir.2010) (citation omitted).

**AFFIRMED.**